UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-3277
_____

UNITED STATES OF AMERICA

v.

MARK CIAVARELLA, JR.,
                                    Appellant.
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 3:09-CR-00272-002)
District Judge: Honorable Edwin M. Kosik
_____

Argued
November 14, 2012

Before: RENDELL, FUENTES, and CHAGARES, *Circuit Judges*
_____

JUDGMENT
_____

This cause came to be heard on the record from United States District Court for the Middle District of Pennsylvania and was argued by counsel on November 14, 2012. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the Order of the District Court entered on August 12, 2011, be and the same is hereby AFFIRMED in part, REVERSED in part, and REMANDED for modification of the judgment with respect to the special assessment. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/Marcia M. Waldron,
　Clerk

Dated: May 24, 2013